# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nyay M.,[1] | Case No. 24-CV-1140 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Leland Dudek, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's request for relief, [Docket No. 13], is **DENIED** and;

2. Defendant's request for relief, [Docket No. 15], is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 5, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Thus, when the Court refers to Plaintiff by her name, only her first name and last initial are provided.